BILLY J. WILLIAMS, OSB #90136
United States Attorney
District of Oregon
**KATHLEEN L. BICKERS, OSB #85151**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, Oregon 97204
Telephone: (503) 727-1060
Facsimile Telephone: (503) 727-1117
Email: kathleen.bickers@usdoj.gov
      Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 6:17-CV-01885-JR |
| **Plaintiff,** | MOTION TO DISMISS COMPLAINT |
| v. | |
| **SHELLEY VON FLATERN,** | |
| **Defendant.** | |

Comes now the United States of America, by counsel, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, files its Motion to Dismiss the above-captioned cause, without prejudice as the Defendant is unemployed and has no means to pay on this debt.

WHEREFORE, the Plaintiff urges the Court to dismiss this action.

                BILLY J. WILLIAMS
                United States Attorney

                _/s/ Kathleen L. Bickers_
                KATHLEEN L. BICKERS
                Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT service has been made via regular mail service of the foregoing Motion to Dismiss Complaint on defendant on August 9, 2018, to:

Shelley Von Flatern
83145 Mickelson Road
Creswell, OR 97426

MICHELLE R. GOODROW
Contract Paralegal

PAGE 2 – MOTION TO DISMISS